```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :       CRIMINAL ACTION
                                :
         v.                     :
                                :
MARIO RIVERA                    :       NO. 08-41-6
     a/k/a "Bodie"              :
JOHN JAUDON                     :       NO. 08-41-8
JULIAN JOSEPH                   :       NO. 08-41-11
     a/k/a "Rude Boy"           :
KENDALL KINCHEN                 :       NO. 08-41-16
```

ORDER

AND NOW, this 24th day of April, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendant Mario Rivera for a new trial (Doc. #352) is DENIED;

(2)  the motion of defendant John Jaudon for judgment of acquittal (Doc. #357) is DENIED;

(3)  the motion of defendant Julian Joseph for judgment of acquittal (Doc. #366) is DENIED;

(4)  the motion of defendant Julian Joseph for "appointment of effective assistance of counsel" (Doc. #366) is DENIED; and

(5)  the motion of defendant Kendall Kinchen for a new trial (Doc. 354) is DENIED.

                                        BY THE COURT:


                                        /s/ Harvey Bartle III
                                                            C.J.